**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **ANGEL OLMEDO FACONDA SHAMBI,**<br><br>**Petitioner,**<br><br>**v.**<br><br>**LUIS SOTO, et al.,**<br><br>**Respondents.** | **Civil Action No. 26-8651 (SDW)**<br><br>**ORDER** |

This matter comes before this Court on Petitioner Angel Olmedo Faconda Shambi's petition for writ of habeas corpus under 28 U.S.C. § 2241 ("Petition") (ECF No. 1), Respondents' answer in opposition (ECF No. 6), and Petitioner's reply (ECF No. 7). For the reasons set forth in the accompanying Opinion filed herewith,

**IT IS** on this 21st day of July, 2026

**ORDERED** that the Petition at ECF No. 1 is **DISMISSED WITHOUT PREJUDICE**; and it is further

**ORDERED** that any restrictions imposed on Petitioner's location by this Court are **LIFTED**; and it is finally

**ORDERED** that the Clerk shall **CLOSE** this case.

/s/ Susan D. Wigenton
**SUSAN D. WIGENTON, U.S.D.J.**